IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WELLS FARGO BANK, N.A., as Trustee for the Certificate Holders of the MLMI Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-FM1,<br><br>    Plaintiffs,<br><br> vs.<br><br>MARINA AGUIRAN BADUA; JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS 1-50; DOE CORPORATIONS 1-50; DOE ENTITIES 1-50; DOE GOVERNMENTAL UNITS 1-50,<br><br>    Defendants.<br>_____ | CV 12-00412 SOM-KSC<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on October 11, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant Plaintiff's Motion to Remand Action Removed from the Circuit Court of the First Circuit, State of Hawaii" are adopted as the opinion and order of this Court.

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, October 30, 2012.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

Wells Fargo Bank, N.A., as Trustee for the Certificate Holders of the MLMI Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-FM1
CV 12-00412 SOM-KSC v. Marina Aguiran Badua; Order Adopting Magistrate Judge's Findings and Recommendation